IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    No.  3:05CV00027 GTE

CECILIA SUE TILLEY, WALTER CECIL
TEMPLETON, GUY CALVIN TEMPLETON,
DENNIS TEMPLETON Heir OF CARMEN
BEATRICE ADEN, Deceased, JOSHUA McCAIN
TILLEY, AMBER LACEY McCAIN TILLEY,
and FELICITY McCAIN TILLEY, Heirs of
MARY CAROL McCAIN, Deceased, all Heirs
of CARMEN TEMPLETON, Deceased, and their
Spouses, if any; and J & J BONDING, INC.                                    DEFENDANTS

**ORDER SETTING ASIDE JUDGMENT
AND FORECLOSURE SALE**

Upon Motion of plaintiff, and for the reasons stated therein, it is hereby ORDERED that the foreclosure sale of September 21, 2005, is hereby set aside and the August 10, 2005, Judgment is vacated.

IT IS SO ORDERED.

    /s/ Garnett Thomas Eisele
U.S. DISTRICT JUDGE

DATED:   October 11, 2005