IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                          No.  3:05CV00027 GTE

CECILIA SUE TILLEY, WALTER CECIL
TEMPLETON, GUY CALVIN TEMPLETON,
DENNIS TEMPLETON Heir OF CARMEN
BEATRICE ADEN, Deceased, JOSHUA McCAIN
TILLEY, AMBER LACEY McCAIN TILLEY,
and FELICITY McCAIN TILLEY, Heirs of
MARY CAROL McCAIN, Deceased, all Heirs
of CARMEN TEMPLETON, Deceased, and their
Spouses, if any; J & J BONDING, INC.;
J.E. BONDING, INC. And REED OIL COMPANY, INC.              DEFENDANTS

**ORDER CONFIRMING MARSHAL'S SALE**

Now on this day there is presented to the Court the report of sale of the Acting United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above captioned case on March 7, 2006.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Randolph County, Arkansas, for four weeks, the last publication being on April 6, 2006, and that the said sale was held at Pocahontas, Arkansas, on April 19, 2006, at 9:30 a.m., in conformity with the judgment of this Court.  At such sale a representative of the U.S. Department of Agriculture, Rural Development, an agency of the United States of America, bid the sum of $10,304.00 and that being the highest and best bid offered, the property was then sold to the United States of America, acting by and through the U.S. Department of Agriculture, Rural Development.

IT IS, THEREFORE, ORDERED that the actions of the Acting United States Marshal in

advertising and making such sale be, and the same are in all respects, and the expense items reported by the United States Marshal in the amount of $76.00 are hereby approved by the Court, and the purchase price of $10,304.00, is hereby credited against the debt owed to the United States of America.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The Acting United States Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that said purchaser be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefor, directed to the Acting United States Marshal, who shall proceed to place the purchaser in possession of the property.

Dated: May 16, 2006

_/s/Garnett Thomas Eisele____
UNITED STATES DISTRICT JUDGE