IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                      No.  3:05CV00027 GTE

CECILIA SUE TILLEY, WALTER CECIL
TEMPLETON, GUY CALVIN TEMPLETON,
DENNIS TEMPLETON Heir OF CARMEN
BEATRICE ADEN, Deceased, JOSHUA McCAIN
TILLEY, AMBER LACEY McCAIN TILLEY,
and FELICITY McCAIN TILLEY, Heirs of
MARY CAROL McCAIN, Deceased, all Heirs
of CARMEN TEMPLETON, Deceased, and their
Spouses, if any; J & J BONDING, INC.;
J.E. BONDING, INC. And REED OIL COMPANY, INC.            DEFENDANTS

**ORDER APPROVING MARSHAL'S DEED**

On this day Brian Murray, Acting United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to the United States of America, acting by and through the U.S. Department of Agriculture, Rural Development, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Brian Murray acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: May 16, 2006

_/s/Garnett Thomas Eisele____
U. S. DISTRICT JUDGE

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 3:05CV00027 GTE pending in the United States District Court for the Eastern District of Arkansas, Jonesboro Division, wherein UNITED STATES OF AMERICA was plaintiff and Cecilia Sue Tilley, Walter Cecil Templeton, Guy Calvin Templeton, Dennis Templeton, Heir of Carmen Beatrice Aden, Deceased, Joshua Tilley, Amber Tilley, and Felicity Tilley, Heirs of Mary Carol McCain, Deceased, All Heirs of Carmen Templeton, Deceased, and their Spouses, if any; J & J Bonding, Inc.; J.E. Bonding, Inc.; and Reed Oil Company, Inc., were defendants, a judgment was entered on March 7, 2006, directing the foreclosure of a certain mortgage executed by Carmen Templeton to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Brian Murray, Acting United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on April 19, 2006, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale a representative of the U.S. Department of Agriculture, Rural Development, an agency of the United States of America, was the highest and best bidder, bidding for said property the sum of $10,304.00, the property then being struck off to such representative at that price; and

WHEREAS, such sale was duly reported to the above-described Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned Acting United States Marshal hereby grants, sells and conveys unto the **United States of America, U.S. Department of Agriculture, Rural Development**, its successors and assigns forever, all of the right, title, interest, equity and estate of all parties to this action in and to the following property situated in Randolph County, Arkansas, to wit:

**A part of a certain strip of land in the S 1/2 of the NE 1/4 Sec. 21, Twp. 20 North, Range 3 East, more particularly described as beginning at the northeasterly corner of Lot 1, Block 103 of the town of Reyno, Arkansas, at the junction of Traffic Street and Hickory Street as now located; thence in a southwesterly direction along the north line of Block 103, Reyno, Arkansas, and the southerly line of Traffic Street, 210 feet, thence in a northwesterly direction and parallel to Hickory Street 60 feet for the real point of beginning of this description; thence in a southwesterly direction along the northerly line of Traffic Street, 90 feet to the easterly line of Hazel Street; thence in a northwesterly direction along the easterly line of Hazel Street 100 feet to the southerly line of First Street; thence in a northeasterly direction along the Southerly line of First Street 90 feet; thence in a southeasterly direction and parallel with Hickory Street and Hazel Street 100 feet to the point of beginning.**

TO HAVE AND TO HOLD the said property unto the **United States of America, acting by and through the U.S. Department of Agriculture, Rural Development**, its successors and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 8th day of May, 2006.

BRIAN MURRAY
Acting United States Marshal

PREPARED BY:
Gwendolyn D. Hodge
Assistant U.S. Attorney
Post Office Box 1229
Little Rock, AR  72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS    )
                     )
COUNTY OF PULASKI    )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, Brian Murray, Acting United States Marshal for the Eastern District of Arkansas, who stated and acknowledged (according to § 16-47-207) to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 8th day of May, 2006, set my hand and official seal as such Notary Public.

Kimberly K. Squires
Notary Public

My Commission Expires:
7-12-12